# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

Cody A. Kreuer
_____   )
(full name)          (Register No).  )
_____   )
_____   )
                                     )
        Plaintiff(s).                )    15-3121-CV-S-SRB-p
                                     )
v.                                   )    Case No._____
                                     )
Danny Rhoades - Laclede county Commissioner  )
(Full name)                          )
          et, al                     )
_____   )
        Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I.    Place of present confinement of plaintiff(s): Laclede County Jail Laclede County missouri

II.   Parties to this civil action:
      Please give your commitment name and any another name(s) you have used while incarcerated.

      A. Plaintiff Cody A. Kreuer          Register No._____
         Address          240 N. Adams Lebanon mo.
         65536

      B. Defendant    Danny Rhoades
         Is employed as    Laclede County Commissioner
         Laclede County, Lebanon, Mo. 65536

For additional plaintiffs or defendants, provide above information in same format on a separate page.

      * See attachment (A)
         (2) (3) (4) Defendants

1

Attachment A, Defendants

2. Defendent: Advanced Correctional Healtcare
3722 N. Baring trace, Peoria Ill. 61615

Employed: By laclede County commissioners
for healt care of laclede County jail inmates

3. Defendent: Wayne Merritt

Employed: Laclede County Sheriff
Lebanon, Mo. 65536

4. Ralph Robinson, jail Captian Laclede county
Defendant:                    Lebanon, Mo. 65536

III.   Do your claims involve medical treatment?          Yes _X_   No _____

IV.   Do you request a jury trial?          Yes _X_   No _____

V.   Do you request money damages?          Yes _X_   No _____

State the amount claimed?          $*2*,000,000 / #*3*,000,000 (actual/punitive)

VI.   Are the wrongs alleged in your complaint continuing to occur?   Yes _X_   No _____

VII.   Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
          Yes _____   No _X_

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?          Yes _X_   No _____

*INMATE REQUEST ... medical Request*

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

1. *INMATE Request Medical   01-27-015   (NO DocTor seen)*
2. *INMATE Request Medical   01-29-015   (NO DocTor Seen)*
3. *INMATE Request Medical   02-05-015   (NO DocTor Seen)*
   *INMATE Request (TO Ralph Robinson) Filled out SheriFF's*

D. If you have not filed a grievance, state the reasons.          *OFFense Report (NO Response*
                                                                                          *(NO PicTures Taken*

_____ *... NO grievance procedure exist ...* _____

                              *See ATTachmenTs ( 1, 2 and 3 )*

VIII.   Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?          Yes _____   No _X_

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?          Yes _____   No _X_

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____ *N/A* _____
                  (Plaintiff)          (Defendant)
(2) Date filed: _____

2

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____

(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _____

(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX.   Statement of claim:

A.    State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

ON 01-26-015 was incarcerated in Laclede County Jail (placed in D-Pod) on Same date within Minutes I was Jumped by (3) Three other inmates and beat up with eye injuryes, injured ribs, injured Jaw And Back injuries ... After a long delay of being beaten by These 3 inmates I was removed by STAFF and placed in The elevator area of the Jail by The visiting area and leFT There For hours without Seeing and Medical STaFF or Taken to a (continued on Attachs B and C

B.    State briefly your legal theory or cite appropriate authority.

See Attachments (C)

and (D)

3

X.    Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

_Grant Jury Trial For Damages_
_Of Actual and Punitive Against_
_all Defendants ."_

XI.    Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name._____ N/A _____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?            Yes_____ No __X__

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

_____ N/A _____

C. Have you previously had a lawyer representing you in a civil action in this court?
                    Yes _____     No __X__

If your answer is "Yes," state the name and address of the lawyer.

_____ N/A _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this ___8th___ day of __March__ 20_15_

Cody A. Krener

Signature(s) of Plaintiff(s) _Cody A Krener_

4

# IX  Statement of Claim

**A**  Medical emergency room, I was placed into F pod. I filled out an inmate request medical form for all my medical complaints on 1/26/15 to date 2/25/15 I still have not seen a doctor. On 1/28/15 I filled out an inmate request to talk to Ralph Robison about filing charges of assault on the (3) inmates who beat me up (Because they thought I had tabbacco to smoke And I did not) Laclede county jail allows no tabbacco. I filled out a sheriffs Department Offence report and with a promise from (Ralph Robison - Jail Captian) that I would be called to take pictures of my eye and bruises, I was sent back to F pod. To date 2/25/15 I have not had any further discussions with Ralph, The Sheriff, Wayne Merritt And no pictures have been taken.... My vision is still Blurred And my black eye has went away....

The Bruising on my back an ribs etc.... Has also dissapeared my ribs still hurt and my back is still in bad pain.

On 1/29/15 I filled out my 2nd medical request. To date 2/25/15 I still have not seen a doctor.

On 2/5/15 Ive still not seen doctor and filled out my 3rd medical form

## IX Statement of Claim
### A

Medical request still have <u>no</u> one for my
Complained of Attack injuries of 1/26/15 and
todays date is 2/25/15

## IX Legal theory B

B. Defendant Danny Rhoads has contracted with
Advanced Correctional Healthcare to provide our
medical needs. They are negligent in there
methods and have a total disregard to our
medical need because injured for over 40 days
and I have asked for help and have seen
no one. Defendant Rhoads by not checking on the
service of (Advance) Acts with neglect and
disregard while under color of law within his
official capacity and in his individual capacity
resulting in: cruel and unusual punishment to me
as I am promised By the 8th Amendant of the
U.S. Constitution, <u>Not</u> to happen

Defendant Wayne Merritt by not checking on the medical need of an inmate within his custody of (plaintiff) for over 40 days and allowing his jail captian Ralph Robison to act in his behalf has under color of law in his official capacity and in his individual capacity caused the infliction of cruel and unusual punishment upon defendant as promised not to happen by the U.S constitution amendants 8... And has also violated the plaintiffs U.S. Constitutional Rights of Denial of Due process and equal protection of the law by wilfully under color of law in his official capacity and in his individual capacity by not allowing plaintiff to file an offence report to be passed on to the prosecutors office for the possible filing of charges against those who assulted him......

IX   Legal theory D

# IX   Legal theory

Defendant Ralph Robinson (Jail Captain)
Laclede county jail has wilfully while acting
under color of law in his official Capacity
and individual Capacity has subjected the
plaintiff to cruel and unusual punishment by not
insuring that he received proper medical care
and has also denied plaintiff equal protection
of the law and also denied him
Due process by not Allowing him to fill
out an offense report to the prosecutor
for the Assault upon him by (3) three
other jail inmates who caused permanent injuries
of his (Left) eye and ribs and back
pain and for defendants wilful neglect to not
take any pictures of such injures (after personally
seeing them) and discussing such assault.....

LACLEDE COUNTY SHERIFF'S OFFICE

Cody A Krewson #12ce233
240 N Adams
Lebanon, Mo. 65536

Prison Pro Se

RECEIVED
2015 MAR 13 AM 11:39
CLERK U.S. DIST COURT
WEST DIST OF MO
KANSAS CITY MO

Clerk's Office
United States District Court
Western District of Missouri
1400 U.S. Courthouse
222 John Q. Hammons PKWY
Springfield, Mo.
65806

